# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITO DELOS REYES QUINTOS,<br><br>                        Plaintiff,<br>vs.<br><br>DECISION ONE MORTGAGE COMPANY, LLC; MORTGAGE MATTERS, INC.; COUNTRYWIDE HOME LOAN, INC.; RECONTRUST, INC.,<br><br>                        Defendants. | CASE NO. 08-CV-1757 JM (POR)<br><br>**ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Doc. No. 15 |

      Plaintiff filed a Verified Complaint on September 24, 2008 (Doc. No. 1), alleging violations of the Truth in Lending Act (TILA) (15 U.S.C. § 1601 *et seq.* and corresponding regulations), the Real Estate Settlement Procedures Act (RESPA; 26 U.S.C. § 2601 *et seq.*), and state law claims for breach of fiduciary duty and breach of covenant. Accompanying the complaint was a motion for a temporary restraining order ("TRO"; Doc. No. 2), requesting the court enjoin a non-judicial foreclosure sale of her property set for October 2, 2008. The motion was denied by court order on September 25, 2008. (Doc. No. 4.) At 4:02 p.m. on October 1, 2008, Plaintiff filed a Request for Reconsideration (Doc. No. 7), which was denied by the court on October 3, 2008. (Doc. No. 9.)

      As the foreclosure sale has since been postponed to November 17, 2008, Plaintiff attempts once again to forestall the proceeding. Before the court is Plaintiff's ex parte application for a temporary restraining order to prevent Defendants from proceeding with the foreclosure sale. (Doc.

1  No. 15.)  The court notes no proof of service was submitted with the application.

2       Since the court has already ruled on the issue, and for the reasons set forth in its prior orders,

3  Plaintiff's ex parte application for TRO (Doc. No. 15) is hereby **DENIED**.

4       **IT IS SO ORDERED.**

5  DATED:  November 17, 2008

6                                                   Hon. Jeffrey T. Miller

7                                                   United States District Judge

8  cc:       All parties